FILED: May 22, 2015

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 15-1550

(8:14-cv-02703-GJH)
(13-30265)
(14-00267)

_____

EKAETTE TOM AKWA

    Plaintiff - Appellant

v.

RESIDENTIAL CREDIT SOLUTIONS, INC.

    Defendant - Appellee

_____

O R D E R

_____

The court defers consideration of the application to proceed in forma pauperis and motion to appoint counsel pending assignment of the case to a panel for review.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk