UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 10, 2015

_____

RESPONSE REQUESTED

_____

No.   15-1550,      Ekaette Akwa v. Residential Credit Solutions
                    8:14-cv-02703-GJH,13-30265, 14-00267

TO:   Ralph John DiPietro

RESPONSE DUE: 09/24/2015

Response is required to the motion to consolidate cases. Response must be filed by the response due date shown in this notice.

Jeffrey S. Neal, Deputy Clerk
804-916-2729